PATRICK T. CONNOR, Bar No. 89136
Email: pconnor@deconsel.com
MARGARET R. GIFFORD, Bar No. 118222
Email: mgifford@deconsel.com
DeCARLO, CONNOR & SHANLEY
A Professional Corporation
533 S. Fremont Avenue, 9th Floor
Los Angeles, California 90071-1706
Telephone: 213/488-4100
Telecopier: 213/488-4180

ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>BLACKLEDGE DIVING, INC., a California corporation; NAECO UNDERWATER INC., a California corporation; CONNIE SUE BLACKLEDGE, an individual; RONALD ALAN BLACKLEDGE, an individual; and DOES 1through 10, inclusive,<br><br>Defendants. | CASE NO. CV 07-6800 CAS(JWJx)<br><br>REVISED JUDGMENT<br><br>Before The Honorable Christina A. Snyder |

This case came on for hearing on January 4, 2010, before the Honorable Christina A. Snyder, United States District Court Judge.

Having considered the papers and arguments submitted, and good cause appearing;

////

IT IS HEREBY ORDERED that this matter be restored to this court's active calendar and that judgment be entered as follows:

1. Plaintiffs, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS shall be awarded a judgment against BLACKLEDGE DIVING, INC., a California corporation; and NAECO UNDERWATER INC., a California corporation, in the amount of the $42,000.00.

2. Plaintiffs, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS shall be awarded judgment against CONNIE SUE BLACKLEDGE, an individual, in the amount of $1,750.00.

DATE: 1/8/2010

Christina A. Snyder

THE HONORABLE CHRISTINA A. SNYDER
UNITED STATE DISTRICT JUDGE

Presented by,

DeCARLO, CONNOR & SHANLEY
A Professional Corporation

By: /s/ Margaret R. Gifford 1/7/10
MARGARET R. GIFFORD
Attorney for Plaintiffs, Carpenters Southwest Administrative Corporation and Board of Trustees